742 A.2d 1080

Allegra RASTALL, Appellee,

v.

Willis DEBOUSE, the Honorable Donato Zucco, Mayor, City of Johnstown, and Johnstown Redevelopment Authority, Appellants.

Supreme Court of Pennsylvania.

Dec. 23, 1999.

## *ORDER*

PER CURIAM:

And now, this 23rd day of December, 1999, the Order of the Court of Common Pleas of Cambria County is **AFFIRMED.**